**Order entered October 25, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00212-CV

### KATHY WILBURN, Appellant

### V.

### GABRIELLE COLEMAN, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-16-05667-B

## ORDER

Before the Court is appellant's pro se letter asserting the reporter's record contains an error. Appellant asserts the reporter's record reflects that appellee said "she took the promissory note that she wrote and signed home and put it in her dresser drawer and it was stolen, but in court she stated that she took the promissory note to her job and it was stolen out of her drawer at work." We construe appellant's letter as a motion to correct an inaccuracy in the reporter's record. We **GRANT** the motion **to the extent** that we order the Honorable King Fifer, Judge of County Court at Law No. 2, to conduct a hearing, within **TWENTY DAYS** of the date of this order, and make written findings of fact as to whether the parties agree the reporter's record contains an inaccuracy and how to correct it. If the parties cannot agree, the trial court shall make findings of fact as to whether there is any inaccuracy and, if an inaccuracy exists, the

correction. If the trial court finds the record is inaccurate, the trial court shall order the court reporter to conform the reporter's record to what occurred in the trial court and file certified corrections in this Court. *See* TEX. R. APP. P. 34.6(e)(1), (2).

We **ORDER** Dallas County Clerk John Warren to file, within **THIRTY DAYS**, of the date of this order, a supplemental clerk's record containing the trial court's written findings, any supporting documentation, and any orders, to this Court.

We **ORDER** Lanetta Williams, Official Court Reporter for County Court at Law No. 2, to file, within **FORTY DAYS** of the date of this order, a reporter's record of the hearing.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Fifer, Mr. Warren, Ms. Williams, and all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal will be reinstated thirty-five days from the date of this order or when the supplemental clerk's record is filed, whichever occurs earlier.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE